IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DE'QUAN L. DANIELS,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀1:26CV594
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
CODY D. PETRELLA, et al.,⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Defendant(s).⠀⠀⠀)

**ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint.

The Court did not receive the filing fee or a proper affidavit to proceed *in forma pauperis*, with sufficient information completed and signed by the plaintiff, to permit review. The plaintiff submitted an *in forma pauperis* application but did not use the form the Court has approved. In addition, the Complaint is not on forms the Court prescribed for use, nor is the information the forms request and is necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in the plaintiff's submission. *See* LR 7.1(d).

Consequently, the Complaint should be dismissed, but without prejudice to the plaintiff's filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid the plaintiff, the Clerk is instructed to send the plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

The Court also notes that the plaintiff's claims are unclear in some respects. He bases some of his claims on negligence, but negligence does not support a claim under § 1983. Instead, the plaintiff must allege facts showing the defendants intentionally violated his rights. The plaintiff also seeks punitive damages, which negligent conduct does not support. Finally, the only claim against the defendant Cody D. Petrella is an allegation that he sent officers to address the situation when the plaintiff's sister notified Petrella that the plaintiff had been attacked by other inmates. The Complaint does not allege that Petrella was otherwise aware of the situation or involved in it. The plaintiff should make his claims against any defendants clear if he refiles his case using the proper forms.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send the plaintiff § 1983 forms, instructions, an application to

proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

   **IT IS RECOMMENDED** that this action be dismissed *sua sponte* without prejudice to the plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

   This, the 7th day of July, 2026.

_____
JoAnna Gibson McFadden
United States Magistrate Judge

3