IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DE'QUAN L. DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-cv-594 |
| | ) | |
| CODY D. PETRELLA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

This matter is before the Court following the Magistrate Judge's July 7, 2026, Order and Recommendation ("Recommendation") recommending that Mr. Daniels' Complaint, Dkt. 1, be dismissed *sua sponte* without prejudice to the plaintiff filing a new complaint. The Clerk's office served notice of the Magistrate Judge's Recommendation on Mr. Daniels on July 8, 2026, and he did not file an objection within the requisite time limits. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full. Mr. Daniels' Complaint, Dkt. 1, is

dismissed without prejudice to Mr. Daniels filing a new complaint, on the proper § 1983 forms, which corrects the defects cited by the Magistrate Judge in her Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, Dkt. 5, is **ADOPTED** and this action is **DISMISSED** *sua sponte* **WITHOUT PREJUDICE** to the Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the pleading defects cited in the Magistrate Judge's Recommendation.

A separate Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of August, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2